UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

---

NEW YORK LIFE INSURANCE COMPANY,

        Plaintiff,

-against-

SHIRLEY JOHNSON, KATHLEEN JOHNSON, ROBERTA MESPELT, JANETTE JOHNSON, and THE ESTATE OF JAMES JOHNSON,

        Defendants.

Case No. 4:23-cv-68-JM

---

**ORDER FOR**
**DISCHARGE, DISMISSAL AND OTHER RELIEF IN INTERPLEADER**

Based on the Stipulation and Request for an Order for Discharge, Dismissal and Other Relief in Interpleader submitted by Plaintiff, New York Life Insurance Company (the "Company"), and Defendants Shirley Johnson, Kathleen Johnson, Roberta Mespelt and Jeanette Johnson (collectively, the "Adverse Claimants"), through their respective undersigned counsel, the Court hereby orders the following:

    1.    the Estate of James Johnson shall be, and hereby is, dismissed without prejudice as a party in this action, and the action shall continue as between the Adverse Claimants;

    2.    the Company shall be, and hereby is, discharged from any and all liability in connection with life insurance certificate number A10669751 (the "Policy"), which was issued by the Company to James Johnson (the "Insured"), and/or the Policy's death benefits payable as a result of the death of the Insured and at issue in this litigation (the "Death Benefit"), which funds have been placed on deposit with the registry of the Court (the "Interpleader Funds"), and all claims, rights, interests and actions that the Adverse Claimants might otherwise have held against the Company and its present and former parents, subsidiaries and affiliated corporations,

predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators with respect to the Policy, Death Benefit and/or Interpleader Funds are hereby released;

3. the Adverse Claimants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against the Company with respect to the Policy, Death Benefit and/or Interpleader Funds;

4. the Company shall be, and hereby is, dismissed from this action, with prejudice, and without fees or costs to any party; and

5. this action shall be retained on the Court's docket for resolution of claims to the Interpleader Funds and distribution thereof.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

ORDERED this 27th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE