IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**NEW YORK LIFE INSURANCE COMPANY**                                        **PLAINTIFF**

**v.**                       **Case No. 4:23-cv-68-JM**

**SHIRLEY JOHNSON AKA SHIRLEY HOLLOWAY;**
**KATHLEEN JOHNSON;**
**ROBERTA MESPELT;**
**JANETTE JOHNSON; and**
**THE ESTATE OF JAMES JOHNSON**                                            **DEFENDANTS**

## JUDGMENT

Based on the filed Joint Stipulation submitted by Kathleen Johnson, Roberta Mespelt, and Jeanette Johnson (hereinafter the "Johnson Sisters"), and Shirley Johnson a/k/a Shirley Holloway (hereinafter "Shirley") through their respective counsel, the Court hereby orders the following:

1. By virtue of her guilty plea to the Manslaughter charge connected to the death of James Johnson, Shirley is barred from receiving the Policy Proceeds based on the terms of Policy itself and the Arkansas Slayer Law, codified as Ark. Code Ann. § 18-4-201 et. seq.

2. The three (3) daughters of James Johnson, namely Kathleen Johnson, Roberta Mespelt, and Janette (Jeanette) Johnson, are the proper beneficiaries of the Policy Proceeds based on the Policy rules.

3. The Clerk of this Court shall issue payment in the amount of the Policy Proceeds previously deposited into this Court's registry, along with any additional interest accumulated thereon from the time of deposit to the Johnson Sisters, care of their counsel "The Applegate Firm, PLLC- Client Trust Account", P.O. Box 13860, Maumelle, Arkansas, 72113.

IT IS SO ORDERED this 30th day of December, 2024.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE